# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INUSARANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:23-CV-15-SNLJ |
| JVANWINKLE TRUCKING, LLC, et al. ) ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Acuity filed this interpleader action, naming the Missouri Highways and Transportation Commission ("MHTC") as a defendant.[1] [Doc. 1.] Defendant MHTC filed this motion to dismiss, stating that it suffered no damages from the incident alleged in plaintiff's petition and disclaiming any interest in the potential recovery. [Doc. 12.] Plaintiff has not objected to the dismissal, and the time for doing so has passed. Seeing no objection, the motion will be granted.

---

[1] Plaintiff named MHTC as "the Missouri Department of Transportation" in its petition. [Doc. 1.]

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss is GRANTED and defendant MHTC is dismissed from the case.

So ordered this 6th day of March, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE