MOED-0001           DISCLOSURE STATEMENT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Acuity, a Mutual Insurance Company )
)
**Plaintiff(s),** )
)
vs. ) Case No. 1:23-cv-00015SNLJ
J Vanwinkle Trucking, LLC, et al. )
)
)
**Defendant(s).** )

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for PGT Trucking, Inc. hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
No.

b. Its parent companies or corporations (if none, state "none"):
PGT Holdings, Inc.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
None.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
PGT Trucking, Inc. is a Pennsylvania corporation.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001         DISCLOSURE STATEMENT

      By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

*/s/ Joseph R. Swift*
Signature (Counsel for Plaintiff/Defendant)
Print Name: Joseph R. Swift
Address: 100 N. Broadway, 21st Floor
City/State/Zip: St. Louis, MO 63102
Phone: 314-345-5000

Certificate of Service

      I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: August 14, 2023.

*/s/ Joseph R. Swift*
Signature