UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:23-CV-00015-SNLJ |
| JVANWINKLE TRUCKING, LLC, et al., | ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

**COME NOW** the parties to the above-captioned cause and move this Court for entry of a consent judgment, with said proposed Consent Judgment attached hereto as Exhibit A. The parties participated in a mediation of this interpleader action on April 3, 2024, and reached agreement as to distribution of the interpleaded funds as described in the attached proposed judgment.

Respectfully submitted.

| /s/ Elizabeth H. Weber | /s/ Daniel J. Grimm |
|---|---|
| **ELIZABETH H. WEBER　　#44122**<br>**JAMES R. HOWARD　　#57866**<br>**DAVID R. WALLLIS　　#59114**<br>**ROGERS | EHRHARDT – ATTORNEYS AT LAW**<br>Seven Oaks Business Center<br>302 Campusview Drive, Suite 204<br>Columbia, Missouri  65201<br>E-Mail: lweber@rogersehrhardt.com<br>E-Mail: jhoward@rogersehrhardt.com<br>E-Mail: dwallis@rogersehrhardt.com<br>Attorney(s) for Plaintiff Acuity, A Mutual Insurance Company | **DANIEL J. GRIMM　　#59209**<br>**COOK, BARKETT, PONDER & WOLZ, L.C.**<br>1610 North Kingshighway, Suite 201<br>Cape Girardeau, Missouri  63702-1180<br>E-Mail: dgrimm@cbpw-law.com<br>Attorney(s) for Defendants Lora B. Schumer and Nina L. Marshall |

| | |
|---|---|
| /s/ Andrew T. Drazen<br>**ANDREW T. DRAZEN** #59879<br>PAGE LAW, LLC<br>9930 Watson Road, Suite 100<br>St. Louis, Missouri 63126<br>E-Mail: andy@pagelaw.com<br>Attorney(s) for Defendants Edward J. Hunter, Rebecca Hunter and L.H., a minor | /s/ K. Lindsay Rakers<br>**BRENT A. SUMNER** #59460<br>**K. LINDSAY RAKERS** #51754<br>THE SUMNER LAW GROUP, LLC<br>7777 Bonhomme Avenue, Suite 2100<br>Clayton, Missouri 63105<br>E-Mail: brent@sumnerlawgroup.com<br>E-Mail: lindsay@sumnerlawgroup.com<br>Attorney(s) for Defendants Lora B. Schumer and Nina L. Marshall |
| /s/ John R. Schneider<br>**JOHN R. SCHNEIDER** #54194<br>JOHNSON, SCHNEIDER & FERRELL, LLC<br>212 North Main Street<br>Cape Girardeau, Missouri 63701<br>E-Mail: john@johnsonschneider.com<br>Attorney(s) for Defendant Colin A. Keele | /s/ Aidan Hayward<br>**AIDAN HAYWARD** #73133<br>LEWIS BRISBOIS BISGARRD & SMITH, LLP<br>100 S. 4th Street, Suite 500<br>St. Louis, Missouri 63102<br>E-Mail: Aidan.Hayward@lewisbrisbois.com<br>Attorney(s) for Defendant Buckley Powder Company and Starr Indemnity & Liability Company |
| /s/ Marc Gnade<br>**MARC GNADE** #51667<br>LAW OFFICE OF MARC K. GNADE<br>12142 Sunnycrest Place<br>Maryland Heights, Missouri 63043<br>E-Mail: mgnade21@yahoo.com<br>Attorney(s) for Defendant Liberty Mutual Insurance Company | /s/ David H. Bailey<br>**DAVID H. BAILEY** #37799<br>BAILEY LAW FIRM, LLC<br>4610 Mexico Road<br>St. Louis, Missouri 63376<br>E-Mail: david@baileylawstl.com<br>Attorney(s) for Defendant Saint Francis Medical Center |
| /s/ Sarah C. Hellmann<br>**SARAH C. HELLMANN** #50373<br>**BRANDON A. BLACK** #70880<br>HUSCH BLACKWELL, LLP<br>8001 Forsyth Boulevard, Suite 1500<br>St. Louis, Missouri 63105<br>E-Mail: Sarah.Hellmann@huschblackwell.com<br>E-Mail: Brandon.Black@huschblackwell.com<br>Attorney(s) for Defendant Nucor Corporation | /s/ Stephanie A. Kennedy<br>**STEPHANIE A. KENNEDY** #65741<br>P.O. Box 77055<br>Madison, Wisconsin 533707<br>E-Mail: skenned2@amfam.com<br>Attorney(s) for Defendant American Family Insurance Company |
| /s/ Joseph R. Swift<br>**JOSEPH R. SWIFT** #37241<br>BAKER STERCHI COWDEN & RICE, LLC<br>100 North Broadway, 21st Floor<br>St. Louis, Missouri 63102<br>E-Mail: jswift@bakersterchi.com<br>Attorney(s) for Defendant PGT Trucking, Inc. | /s/ Bailey M. Yenzer<br>**BAILEY M. YENZER** #72111<br>CHILDRESS AHLHEIM CARY, LLC<br>1010 Market Street, Suite 500<br>St. Louis, Missouri 63101<br>E-Mail: Bailey@caclawfirm.com<br>Attorney(s) for Heidtman Steel |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2024, this document was filed through the Court's e-file system which will provide copies of the same to all attorneys of record.

/s/ Elizabeth H. Weber
**ROGERS | EHRHARDT – ATTORNEYS AT LAW**
302 Campusview Drive, Suite 204
Columbia, Missouri 65201
